UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRIAN A. BURTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWIFT TRANSPORTATION COMPANY, )<br>OF ARIZONA, LLC, and CHARLES A. )<br>HARRIS, )<br>)<br>Defendants. ) | Case No. 1:17-CV-45-SNLJ |

# MEMORANDUM AND ORDER

Plaintiff filed this lawsuit after he was involved in a vehicular accident. Plaintiff claims the other driver and the other driver's employer were negligent. Defendants served plaintiff with their first set of interrogatories and first request for production on June 27, 2017. Plaintiff's responses were due at the end of August 2017. To date, plaintiff has not responded. Defendants now seek an order compelling plaintiff to answer or respond to its first set of interrogatories and first request for production (#19). Plaintiff did not respond to the motion.

>Pursuant to Federal Rule of Civil Procedure 26(b)(1),
>
>Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

1

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall answer or respond to defendants' first set of interrogatories and first request for production by November 16, 2017.

Dated this   2nd   day of November, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE